**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1816**

FENYANG AJAMU STEWART,

                    Plaintiff - Appellant,

          v.

MICHELLE K. LEE,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:16-cv-00213-LMB-JFA)

Submitted:  November 17, 2016      Decided:  November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fenyang Ajamu Stewart, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, Stephen Gerald Romero, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fenyang Ajamu Stewart appeals the district court's order denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Stewart v. Lee</u>, No. 1:16-cv-00213-LMB-JFA (E.D. Va. filed June 15, 2016 & entered June 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>